NAME
THAREL THOMAS II

PRISON IDENTIFICATION/BOOKING NO.
H-42576

ADDRESS OR PLACE OF CONFINEMENT
P.O. BOX 911 CENTINELA, STATE, PRISON
IMPERIAL, CA 92251

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address, telephone and facsimile numbers, and e-mail address.

**2009 FEB -3 AM II: 33**

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

THAREL THOMAS II

FULL NAME (*Include name under which you were convicted*)

Petitioner,

CASE NUMBER:
## CV 09-00820 DDP(CW)
To be supplied by the Clerk of the United States District Court

v.

MICHAEL A. SMELOSKY (WARDEN)

NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER

Respondent.

☐ _____ AMENDED

## PETITION FOR WRIT OF HABEAS CORPUS
### BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION _____
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(*List by case number*)
CV _____
CV _____

### INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

5. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

6. When you have completed the form, send the original and two copies to the following address:
Clerk of the United States District Court for the Central District of California
United States Courthouse
ATTN: Intake/Docket Section
312 North Spring Street
Los Angeles, California 90012

CLERK, U.S. DISTRICT COURT
FEB 2 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1.

PLEASE COMPLETE THE FOLLOWING (Check appropriate item):

This petition concerns:

1. ☒ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

## PETITION

1. Venue

    a. Place of detention ___Centinela State Prison___

    b. Place of conviction and sentence ___Los Angeles Superior Court___

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked).*

    a. Nature of offenses involved *(include all counts)*: ___First and Second Degree 187___
    ___Aiding and Abetting.___

    b. Penal or other code section or sections: ___Penal Code sections, 664 and 187(A)___

    c. Case number: ___GA 009539___

    d. Date of conviction: ___April 29, 1992___

    e. Date of sentence: ___Unknown___

    f. Length of sentence on each count: ___Life with possibility of parole (9-years) Plus 1-year___
    ___ran concurrent.___

    g. Plea *(check one)*:

       ☒ Not guilty

       ☐ Guilty

       ☐ Nolo contendere

    h. Kind of trial *(check one)*:

       ☒ Jury

       ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?   ☒ Yes ☐ No

    If so, give the following information for your appeal *(and attach a copy of the Court of Appeal decision if available)*:

    a. Case number: ___unknown___

    b. Grounds raised *(list each)*:

       (1) ___unknown___

2.

(4) _____

(5) _____

(6) _____

c.  Date of decision: _unknown_

d.  Result _affirm_

_____

4.  If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of A decision?  ☒ Yes    ☐ No

If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

a.  Case number: _unknown_

b.  Grounds raised *(list each)*:

(1) _____NOT AVAILABLE_

(2) _____

(3) _____

(4) _____

(5) _____

(6) _____

c.  Date of decision: _unknown_

d.  Result _denied_

_____

5.  If you did not appeal:

a.  State your reasons _N/A_

_____

_____

_____

b.  Did you seek permission to file a late appeal?    ☐ Yes  ☐ No

6.  Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?  ☒ Yes    ☐ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions c rulings on the petitions if available)*:

_____

(2) Case number: __unknown__

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

   (a) __The sentence petitioner has served and is still serving for the crime__

   (b) __of attempted murder is Cruel and Unusual and a violation pursuant to__

   (c) __Cunningham v. California.__

   (d) _____

   (e) _____

   (f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held? ☐ Yes ☒ No

b. (1) Name of court: __N/A__

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

   __N/A__

   (a) _____

   (b) _____

   (c) _____

   (d) _____

   (e) _____

   (f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held? ☐ Yes ☐ No

c. (1) Name of court: __N/A__

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

   __N/A__

   (a) _____

   (b) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?      □ Yes   □ No

7.  For this petition, state every ground on which you claim that you are being held in violation of the Constituti
laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summari:
briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel,
must state facts specifically setting forth what your attorney did or failed to do.

CAUTION:      *Exhaustion Requirement*. In order to proceed in federal court, you must ordinarily first exha
your state court remedies with respect to each ground on which you are requesting relief fron
federal court. This means that, prior to seeking relief from the federal court, you first must
present <u>all</u> of your grounds to the California Supreme Court.

a.  Ground one:  Please refer to attached writ for ground and supporting facts.
_____

(1) Supporting FACTS: _____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?          □ Yes       □ ?

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    □ Yes       □ ?

(4) Did you raise this claim in a habeas petition to the California Supreme Court?        ☒ Yes       □ ?

b.  Ground two: _____ N/A _____

(1) Supporting FACTS: _____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?          □ Yes       ☒ ?

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    □ Yes       ☒ ?

c.   Ground three: ___N/A___

(1) Supporting FACTS: _____

| | Yes | No |
|---|---|---|
| (2) Did you raise this claim on direct appeal to the California Court of Appeal? | ☐ Yes | ☐ No |
| (3) Did you raise this claim in a Petition for Review to the California Supreme Court? | ☐ Yes | ☐ No |
| (4) Did you raise this claim in a habeas petition to the California Supreme Court? | ☐ Yes | ☐ No |

d.   Ground four: ___N/A___

(1) Supporting FACTS: _____

| | Yes | No |
|---|---|---|
| (2) Did you raise this claim on direct appeal to the California Court of Appeal? | ☐ Yes | ☐ No |
| (3) Did you raise this claim in a Petition for Review to the California Supreme Court? | ☐ Yes | ☐ No |
| (4) Did you raise this claim in a habeas petition to the California Supreme Court? | ☐ Yes | ☐ No |

e.   Ground five: ___N/A___

(1) Supporting FACTS: _____

| | Yes | No |
|---|---|---|
| (2) Did you raise this claim on direct appeal to the California Court of Appeal? | ☐ Yes | ☐ No |
| (3) Did you raise this claim in a Petition for Review to the California Supreme Court? | ☐ Yes | ☐ No |
| (4) Did you raise this claim in a habeas petition to the California Supreme Court? | ☐ Yes | ☐ No |

... the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state previously presented, and give your reasons. The ground presented #7 has been properly exhausted at the highest State level.

9. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction

☐ Yes   ☒ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petition the rulings on the petitions if available)*:

a. (1) Name of court: __N/A__

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____N/A_____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

b. (1) Name of court: __N/A__

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____N/A_____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held? ☐ Yes ☐ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction? ☐ Yes ☒ No

If so, give the following information *(and attach a copy of the petition if available)*:

(1) Name of court: _____ N/A _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

    (a) _____ N/A _____

    (b) _____

    (c) _____

    (d) _____

    (e) _____

    (f) _____

11. Are you presently represented by counsel? ☐ Yes ☒ No

If so, provide name, address and telephone number: _____

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

_____

*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __1/22/09__
         *Date*

                                 *Signature of Petitioner*

THAREL THOMAS II
_____
*Petitioner*

MICHAEL A. SMELOSKY   (WARDEN)
_____
*Respondent(s)*

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, _____ Tharel Thomas II _____, declare that I am the petitioner in the above entitled c

that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state

because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am

entitled to relief.

1.  Are you presently employed?  ☒ Yes   ☐ No

   a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of yo
      employer. _____ N/A _____

   b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month whic
      you received. _____ Been incarcerated for 17-years. _____

2.  Have you received, within the past twelve months, any money from any of the following sources?

   a.  Business, profession or form of self-employment?   ☐ Yes   ☒ No
   b.  Rent payments, interest or dividends?   ☐ Yes   ☒ No
   c.  Pensions, annuities or life insurance payments?   ☐ Yes   ☒ No
   d.  Gifts or inheritances?   ☐ Yes   ☒ No
   e.  Any other sources?   ☐ Yes   ☒ No

If the answer to any of the above is yes, describe each source of money and state the amount received from each

during the past twelve months: _____ N/A _____

3.  Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison account*
☐ Yes   ☐ No

If the answer is yes, state the total value of the items owned: __ N/A _____

9

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? (Excluding ordinary household furnishings and clothing) ☐ Yes ☒ No

If the answer is yes, describe the property and state its approximate value: ___N/A___

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: ___N/A___

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on ___1/22/09___
              Date

_____
Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

_____
        Date

_____
Authorized Officer of Institution/Title of Officer

10.

1

2    THE SENTENCE PETITIONER HAS SERVED AND STILL

3    SERVING FOR THE CRIME OF <u>ATTEMPTED MURDER</u> IS

4    CRUEL AND UNUSUAL AND A VIOLATION IN PURSUANT

     TO <u>CUNNINGHAM</u> V. CALIFORNIA.

5

6

7

8              <u>SUPPORTING FACTS</u>,<u>CONST.</u>,<u>LAWS</u>,ETC.

9

10        In pursuant to the Eighth Amendment of the Constitution of the

11   United State....Excessive bails,fines,sentences nor cruel and unus-

12   ual punishments shall be inflicted or imposed upon anyone at any

13   time, nor shall any person be subject for the same offenses to be

14   constantly put in Jeopardy of life nor be deprived of life,liberty,

15   or property, without <u>Due</u> <u>Process</u> <u>of</u> <u>Law</u>, nor deny to any person

16   within its jurisdiction the <u>Equal</u> <u>Protection</u> of the law.

17        The ruling in <u>**Cunningham**</u> V. <u>**California**</u>(January 22,2007) is

18   applicable in petitioners immediate case/circumstances and may also

19   show that the radical sentence and term of 17-years petitioner has

20   served imprisoned based on unJustified "Aggravating Factors" should

21   also be deemed as "<u>Cruel</u> and <u>unusual</u> punishment" especially after

22   recognizing petitioner was not/is not the person who actually and

23   directly committed the offense, however, petitioner does confess to

24   his part as being present during the commission of the crime.

25        Petitioners life has been placed in the authority of the <u>Board</u>

26   <u>of</u> <u>Prison</u> <u>Hearing</u> and petitioner reserve the same rights where the

27   law should be established (Under The constitution) to allow the Jury

28   rather then a judge or <u>B.P.H.</u> to determine the "<u>Aggravating</u> <u>Factors</u>"

1 | that would extend a sentence beyond it's parole Date eligibility.

2 | Citing **Blakely V. Washington**,Supra,124 S.CT. at P. 2537, the

3 | Ninth circuit focused on the relevant "Statutory Maximum" not being

4 | the maximum a Judge may impose after finding some additional facts,

5 | but the maximum he may impose <u>without</u> any additional findings. When

6 | a Judge inflicts punishment that a Jury's verdict alone does not

7 | allow, the jury has not found all the facts which the law makes

8 | "Essential" to the punishment and the Judge exceeds his proper auth-

9 | ority.

10 | In other words.....In reference to the <u>B.P.H.</u>....if a Judge <u>is</u>

11 | <u>not</u> authorized to inflict punishment that a Jury's verdict alone

12 | does not allow by way of "<u>Aggravating Factors</u>"....how much greater

13 | must the <u>B.P.H.</u> be subject to follow proper sentencing guidelines

14 | that are established under the <u>United States Supreme Court</u> and Con-

15 | stitution.

16 | In **Apprendi V. New Jersey**, 530 U.S. 466,holding that: any

17 | "Aggravating Facts" that increases the penalty for a crime must be

18 | submitted to a Jury and proved beyond a reasonable doubt. Relying

19 | on **Blakely V. Washington**,542 U.S.; <u>Jones V. United States</u>,526,U.S.

20 | 227; <u>Ring V. Arizona</u> 536 U.S. 584.

21 | Petitioner is fully aware of the guidelines the B.P.H. are

22 | required to follow when determining parole hearings and dates. How-

23 | ever in petitioners immediate case the required guidelines have

24 | been exceeded and Petitioner's Constitutional rights have been vio-

25 | lated.

26 | The following additional facts and attached Exhibits "A" will

27 | further demonstrate a "<u>Prima Facie</u>" showing and that petitioner has

28 | accomplished all the <u>B.P.H.</u> requirements, including the length of

12.

1  time served for the committed offense, and acheivements that will

2  positively benifit petitioner upon Re-entry into society.

## ADDITIOAL FACTS AND BACKGROUND

7  Petitioner was arrested on November 4,1991, and convicted on

8  April 29,1992, for 2 counts violation of Penal Code Sec.§664/187(A).

9  One 1st. degree and One 2nd.degree (Aiding And Abetting On both

10  Counts).

11  As aforementioned, petitioner is in the 17th year of a sente-

12  nce of life with the possibility of parole for count one and nine-

13  years plus one-year to be ran concurrent with count one.

14  During incarceration petitioner has accumulated 13 disciplin-

15  ary administrative actions most occurred in petitioner's early

16  years of incarceration. Also, within those 17-years petitioner has

17  made diligent and consistent positive efforts and accomplishments

18  toward rehabilitation. The following represents some of petitioners

19  acheivements:

## (A) Education/Vocational Skills Acquired...

22  (1) On 8/10/93, Petitioner acquired his G.E.D. (High School

23  Equivalency.

24  (2) On 9/13/93, Petitioner acquired a certificate of comple-

25  tion unit in (Drywall Trade).

26  (3) On 12/27/93, Petitioner acquired another certificate of

27  completion unit for DRYWALL voc.

28  (4) On 2/3/97, Petitioner acquired certificate of award for

1 | LEGAL RESEARCH.(From Paralegal Institute)

2 |      (5) On 11/12/99, Petitioner acquired certificate of completion

3 | for PEER EDUCATION PROGRAM.

4 |      (6) On 4/3/00, Petitioner enrolled at harcourt College for

5/16/02

5 | Business Marketing (Progress Inquiry).

6 |      (7) On 3/1/01, Petitioner acquired certificate of award for

7 | CULINARY PRODUCTION.

8 |      (8) On 5/2/02, Petitioner acquired certificate of award for

9 | BAKERY PRODUCTION.

10 |      (9) Fall 2004, Petitioner acquired College Completion for

11 | SPANISH 180.

12 |      (10) Spring 2005, Petitioner acquired College completion for

13 | small business operations and personal financing.

14 |      (11) On 12/8/05, Petitioner acquired certificate of completion

15 | for REAL ESTATE SALES ASSISTANCE.

16 |

17 | **WORK SUPERVISOR EVALUATIONS**

18 |      (12) On 12/8/00,Work Supervisors Report.

19 |      (13) On 12/13/07, Work Supervisors Remark.

20 |

21 | **SELF-HELP PARTICIPATION**

22 |      (14) On 11/12/99, Petitioner acquired certificate of complet-

23 | ion for PEER EDUCATION PROGRAM.

24 |      (15) On 5/25/00, Petitioner acquired certificate of award for

25 | THe WAY To HAppiNESS PRogRAm.

26 |      (16) From 11/10/04-Present, Petitioner's ducats varifying

27 | participation in AA/NA.

28 |      (17) In 2004, Enrolled in creative option (Anger Management

14.

1 │ program).

2 │    (18) On 2/3/05, Petitioner acquired certificate of completion

3 │ for UNDERSTANDING DRUGS HANDLING ADDICTION.

4 │    (19) On 3/23/07, Petitioner acquired certificate of completion

5 │ for ALTERNATIVES TO VIOLENCE PROGRAM.

6 │

7 │                    PLACE OF RESIDENCE

8 │

9 │    (20) 10/14/07, Letter From father
        (Note: There are numerous other letters from other
10 │         family and friends that can relied on on record)

11 │

12 │                EMPLOYMENT OPPORTUNITIES

13 │

14 │    (21) On 2/4/06, Letter From J and J Rooter Co.

15 │    (22) On 10/17/07 Letter From Father.

16 │

17 │                       CONCLUSION

18 │

19 │    All the above achievements are attached to this petition as

20 │  Exhibit 'A', and petitioner pray this Court will thoroughly peruse

21 │ over all matters being presented here in this petition for writ of

22 │ Habeas Corpus and grant this petition in the interest of Justice.

23 │

24 │

25 │                          Respectfully Submitted

26 │ Dated: 1/22 2009
                         /IN-PRO-PER

27 │

28 │

                          15.

# EXHIBIT



# Certificate of Achievement

## Alternatives to Violence Project (AVP)

This certificate is awarded to

## Tharel Thomas JJ

who has satisfactorily completed the Training for Facilitators Class
in Nonviolent Conflict Resolution
and is eligible to be an Apprentice Facilitator
under the sponsorship of AVP-California.

Location: **Imperial, California**

Date: **March 18-29, 2008**

Facilitators: _[signatures]_  Allen McGhee   _[signature]_

# Certificate of Achievement

## Alternatives to Violence Project (AVP)

This certificate is awarded to

# Tharel Thomas II

who has satisfactorily completed the
Second Level (Advanced) Course in Nonviolent Conflict Resolution
under the sponsorship of AVP-California.

Location: *Imperial, California*     Date: *February 19-21, 2008*

Facilitators:

# Certificate of Achievement

## Alternatives to Violence Project (AVP)

This certificate is awarded to

### Tharel Thomas, JJ

who has satisfactorily completed the
Basic Course in Nonviolent Conflict Resolution
under the sponsorship of AVP-California.

Location: Imperial, California

Date: March 23-25, 2007

Facilitators:

# CERTIFICATE OF COMPLETION

T. Thomas

Has Successfully Completed
The Requirements For
" Getting Fit And Staying There - Part 1",
Coach Adney's Fitness For Life Program At
Centinela State Prison On _____, 2007.

G. Adney, Physical Education Instructor
Centinela State Prison



# CRIMINON™

"There is no person alive who cannot make a new beginning."
– The Way to Happiness

*Does hereby certify that*

## Tharel Thomas, 11

*Has satisfactorily attained the requirements necessary and is hereby awarded a Certificate of Completion of*

## The Understanding And Handling Addiction Course

This ___15___ day of ___July___ 20 ___2006___

Certificate # ___1690___

___Dave S.___
Extension Course Supervisor

___Bob Veach___
**CRIMINON**  Executive Director

Trademark 2000
CRIMINON® is a TRADEMARK owned
by The Association For Better Living
And Education and is used with its permission

The Way To Happiness is a Trademark owned by
The L. Ron Hubbard Library and is used with its permission
© 2000 The Way To Happiness Foundation
All Rights Reserved.  –  Printed in USA

JOB INFO:

NAME: THOMAS | CDC#: H42576 | HOUSING: B2-114

ISSUED BY: P. MADUENO | DATE: | APPROVED BY:

PASS TO: "B" CHAPEL | DATE: MAY 23 2007 | TIME: 1900

REASON: AA/NA

ARRIVAL TIME: | RECORDED BY:

DEPART TO: | TIME: | RECORDED BY:

STATE OF CALIFORNIA INMATE PASS | DEPT OF CORRECTIONS GENERAL | CENTINELA CDC 129-a

JOB INFO:

NAME: THOMAS | CDC#: H42576 | HOUSING: B2-1

ISSUED BY: P. MADUENO | DATE: | APPROVED BY:

PASS TO: "B" CHAPEL | DATE: MAY 9 2007 | TIME: 1900

REASON: AA/NA

ARRIVAL TIME: | RECORDED BY:

STATE OF CALIFORNIA INMATE PASS | DEPT OF CORRECTIONS GENERAL | CENTINELA CDC 129-a

JOB INFO:

NAME: THOMAS | CDC#: H42576 | HOUSING: B2-114

ISSUED BY: P. MADUENO | DATE: 05/02/07 | APPROVED BY:

PASS TO: "B" CHAPEL | DATE: 05/02/07 | TIME: 1900

REASON: AA/NA

ARRIVAL TIME: | RECORDED BY:

DEPART TO: | TIME: | RECORDED BY:

GENERAL DUCAT: Failure to respond results in CDC 115

DATE: DEC 0 6 2006

NAME: THOMAS CDC# H-42576 RM: B4-219

TO: FACILITY CHAPEL REASON AA/NA

TIME: 1900 AUTHORIZED BY:

NOT AUTHORIZED DURING WORK HOURS

GENERAL DUCAT: Failure to respond results in CDC 115

DATE:

NAME: THOMAS CDC# H-42576 RM: B4-219

TO: FACILITY CHAPEL REASON AA/NA

TIME: 1900 AUTHORIZED BY:

NOT AUTHORIZED DURING WORK HOURS

GENERAL DUCAT: Failure to respond results in CDC 115

DATE: AUG 1 [illegible] 2006

NAME: THOMAS CDC# H-24576 RM: B2-228

TO: FACILITY CHAPEL REASON AA/NA

TIME: 1900 AUTHORIZED BY:

NOT AUTHORIZED DURING WORK HOURS

GENERAL DUCAT: Failure to respond results in CDC 115

DATE: [illegible]

NAME: THOMAS CDC# H-42576 RM: B2-228

TO: FACILITY CHAPEL REASON AA/NA

TIME: 1900 AUTHORIZED BY:

NOT AUTHORIZED DURING WORK HOURS

GENERAL DUCAT: Failure to respond results in CDC 115

DATE: JUN 20 2006

NAME: THOMAS CDC# H-42576 RM: B2-228

TO: FACILITY CHAPEL REASON AA/NA

TIME: 1900 AUTHORIZED BY:

NOT AUTHORIZED DURING WORK HOURS

GENERAL DUCAT: Failure to respond results in CDC 115

DATE: MAY 0 2006

NAME: THOMAS CDC# H-42576 RM:

TO: FACILITY CHAPEL REASON AA/NA

TIME: 1900 AUTHORIZED BY:

NOT AUTHORIZED DURING WORK HOURS

# Certificate of Completion

## Allied Business Schools, Inc.

### THAREL THOMAS II

Has successfully completed the course of study
and final examination for:

*Real Estate Assistant*

I hereby certify that this Certificate reflects the permanent record of the
above named student

George Achenbach

George E. Achenbach
President, Allied Business Schools, Inc

12/08/05

Date

Allied Schools
Est. 1992

22952 Alcalde Drive
Laguna Hills, CA 92653



CRIMINON™

"There is no person alive who cannot make a new beginning."
– The Way to Happiness

*Does hereby certify that*

*Tharel Thomas*

Has satisfactorily attained the requirements necessary and is hereby awarded a Certificate of Completion of

*The Understanding And Handling Addiction Course*

This ___03___ day of ___Feb___  20 ___05___

Certificate # ___1690___

___Dave S.___
Extension Course Supervisor

___Bob Veach___
**CRIMINON**  Executive Director

Trademark 2000
CRIMINON® is a TRADEMARK owned
by The Association For Better Living
And Education and is used with its permission

The Way To Happiness is a Trademark owned by
The L. Ron Hubbard Library and is used with its permission
© 2000 The Way To Happiness Foundation
All Rights Reserved. - Printed in USA



**CRIMINON**™

"There is no person alive who cannot make a new beginning."
– The Way to Happiness

*Does hereby certify that*

*Tharel Thomas*

*Has satisfactorily attained the requirements necessary and is hereby awarded a Certificate of Completion of*

*The Way To Happiness Course*

*This* 25 *day of* May 20 00

*Certificate #* 8312

Dave S.
Extension Course Supervisor

Bob Veach
**CRIMINON**  Executive Director

Trademark 2000
CRIMINON® is a TRADEMARK owned
by The Association For Better Living
And Education and is used with its permission

The Way To Happiness is a Trademark owned by
The L. Ron Hubbard Library and is used with its permission
© 2000 The Way To Happiness Foundation
All Rights Reserved.  -  Printed in USA



# Certificate of Achievement

California State Prison-Corcoran

Peer Education Program Recognizes

THAILAL THOMAS

*This Award of Distinction*

For Participation and Notable Performance in

A COURSE ON HIV/AIDS, TB, HEPATITIS, AND STD'S

Presented this 12th day of November 1999

_Rudy C. Mitchell_
Peer Education Instructor

000197
Certificate Number

_P.D. Kern Cyt (A)_
Peer Education Program Coordinator

Peer Education Program Supervisor

STATE OF CALIFORNIA
CDC 183-C (11/92)

DEPARTMENT OF CORRECTIONS

*Vocational Education*

## COMPLETION OF CERTIFICATION UNIT

### THIS IS TO CERTIFY THAT

THOMAS ,

HAS SUCCESSFULLY COMPLETED THE

CERTIFICATION UNIT OF

V02. 04. 02. MATERIALS

VOCATIONAL / DRYWALL

_(ROBERT FREEMAN)_
SUPERVISOR OF VOCATIONAL INSTRUCTION

_(DANIEL TIBERI)_
VOCATIONAL INSTRUCTOR

LOG # __500__

__12/27/93__
DATE

**VT** Vinson Transport

545 N. Joyce
Rialto, CA 92376
**(909) 543-5817**
Lic #0604040

10·31·08

To whom it may concern,
      Re: Tharel Thomas
My name is Henry Vinson. I am owner/operator of
Vinson Transport. This letter is to confirm that
I have offered Tharel Thomas employment
with my company upon his release. The position
offered is for crew helper. The responsibility
of crew helper is to assist a crew of four
with loading and unloading sand and gravel,
direct crew drivers. gather necessary tools. lots
of heavy lifting. clean trucks, and help in
cleaning up the site. This position pays
$13.50 hourly, paid weekly. The hours are
7am to 5pm monday through Friday. Occassional
Saturday work is avalible as overtime. Tharel
would be required to successfully pass a
90 day probation period. At the end of the
probation a review of his attendance
and punctuality, work habits, and
ability to work with others will be done.

(over)

**VT** Vinson Transport

545 N. Joyce
Rialto, CA 92376
**(909) 543-5817**
Lic #0604040

If the review is satisfactory, he will
be promoted to crew permenently.

I am offering Shared this position
because I truely belive it will help
him tremendously, as he makes this
major transition back into society. Please
feel free to contact me if you have
any further questions or concerns.

Sincerely,
Henry Vinson

137 W. Virginia St
Rialto CA 92376
909-228-2672

To Whom It May Concern.

I am the mother of Tharal R. Thomas, II. I must say, I have not been complete since the day he was incarcerated. I and our family miss him terribly, and our hearts have a spot that is empty that only he can fill. His being incarcerated has given me time to reflect and evaluate not only his action but my own.

I am not going to make excuses for the past but I have found solutions for the future should you have mercy & extend grace to my 1st born son and allow him to come home.

I'm aware that when Tharal entered the prison system he was a child and now he is a man therefore he doesn't need "mothering" he needs love, patience and support to encourage him in his re-entrance into society. And I, along with his father, grandparents uncles aunts and a host of other family members are now up for the task.

As far myself (his mother) I am preparing to move to a house (and out of my apartment) to Corona in a nicer, quiet neighborhood. So that when he come home, he will have his choice of any one of 5 bed room to dwell. I plan to give him time to relax and settle in a few days.

I have located & contacted 6 parole friendly agent he can sign up with for employment.

I have spoken to a couple of associates regarding employment for Tharal who are willing to interview Tharal for employment (Henry's Trucking). Another person who is a neighbor that works in a barber shop.

I'm willing to assist Tharal with school should he desire to attend to further his education.

I also have a 2001 Camry that Tharal can utilize to seek employment & or go to school.

I attend Faith Fellowship Bible Church in the city of Corona and I plan to introduce Tharal to other who have had obstacles such as Tharal has and have turned their life around and are positive & productive in the community and have been for years. They are a group of praying men and men of integrity who are strong in their faith in God.

I have educated myself via psychiatrist, parole officers and other successful parolees so I won't be an enabler, but a mother who will assist Tharal in a positive manner. I know I can't do things for Tharal but I can encourage Tharal by being a good listener, thought provoking and encouraging him when things get hard (and they will). to help him stay focused on his goal and not give up. Please know that Tharal going to prison has caused our family to access ourselves. In doing so I realized my mistakes. And as Tharal did time so did we... so did I. I believe Tharal will be successful when he come home. If yo allow Tharal to come home, you will not only be giving him a chance, you'll be giving me, his father and the family a chance. I'd like to have the chance to really get to kno

my son again and let go of the memories, I would be an answer to my prayer & the familie's prayers.

I believe you All have done All you can to Assist Tharal in his rehabilitation. We have All learned from this experience Please give US a chance. I give you my word that we will not drop the ball this time. AND YOU WON'T REGRET IT! We have a plan of success. With the family working Together, praying together and believing God, we will be victorious in our effort. Please... Give Tharal a chance (with his family)... Give the Thomas Family a chance.

Thank you for your time and consideration.

Dianne Thomas
mother of Tharal Thomas, ?

I've Coach PoP Warner Football Since 1992 starting At Jefferson High school in los Angeles, one of the worse Drug & gang infested Area I have several Players in college right Now most notable, RB #24 Jerimiah Johnson. At Oregon Ducks Stefan Johnson, At USC RB #13 Both on the border line of being caught up in the streets, God willing they made it.

I live in Perris CA, very Nice And Quiet Area, lots of Job oppertunities Avaliable, I've spoken to Friends & Associates willing to give him a oppertunity he will have strong Family support me + my wife have been married 13 years she Supportive of him coming to stay with us I have A close Friend who runs his own construction company J + J Dry wall willing to give him A Job Harold Johnson, 1-562-533-1396 - Cerritos

Our Pastor + church members offer support From. The city of miricle chuch Perris, CA

IN reading This letter I hope it
make you feel more comfortable IN
your decision we will work with
you in All Aspects to make This As
Successful As can be, Because nothing
is more important Then to See him come
home and be a perductive citizen

He has a grandmother Thats 65 And
A great grandmother 90 That Are
in Full support of his home coming
And it would be the blessing They need
to Fight harder to stay with us longer
believe me you will not regret your
decision
            God Bless

              Jug Stephens

To Whom it May Concern

I am writing This letter in order to insure That I. Troy Stephens I am The older corbin of T. Thomas I've All ways been A role model For my little cousin maybe not always The best, But I have got my self togather with The help of Prayer + Support of my Family as well as my Faith in God.

I am married with A Family of Three boys im straving to keep on a positive Path in spots + education my oldest 17, middle 12, yougest 6, have heard so much About There cousin but have not had The pleasure of meeting him.

I am A licenced security Gurd working hard to show not only my Kids how to be productive but men toring The youth in my Area Telling my Stories of what gangs + Drags A lack of education will lead you to nothing but Death + Destruction.

## VERIFICATION

STATE OF CALIFORNIA   ) On this day, Listed Court Pleadings Were Given
COUNTY OF IMPERIAL    ) To Prison Official For Filing/Mailing
              ( C.C. P. §446 & 2015.5; 28 U.S.C. §1746 )

    I, Tharel Thomas II , declare under penalty of perjury that:
I am the Petitioner in the above-entitled action; I have read the fore-
going documents and know the contents thereof; and the same is true of
my own knowledge except as to matters stated therein upon information
and belief, and as to those matters, I believe they are true:
    Executed this 22nd day of January , 2009 , at Centinela
State Prison, P.O. Box 911 , Imperial, CA 92251

        [Signature] _Tharel Thomas II_ .
                DECLARANT/PRISONER

*******************************************

### PROOF OF SERVICE BY MAIL

    ( C.C.P. Sec. §1013 (a) & 2015.5; 28 U.S.C. Sec.§1746.)

    I, Richard Brown , am a resident of Centinela State Prison,
in the County of Imperial, State of California; I am over the age of
eighteen (18) years and am not a party of the above-entitled action. My
state prison address is:

    P.O. Box 911 , Imperial, CA 92251.
    On Jan. 22, 2009 , 2009. I served the foregoing:
    ONE ORIGINAL AND TWO COPYS

    (Set forth the exact title of document (s) served.)

on the part (s) herein by placing a true copy (s) thereof, enclosed
in a sealed envelope (s), with postage thereon fully paid, in the
United States Mail, in a deposit box so provided at Centinela State
Prison, P.O.Box 911 , Imperial, CA 92251, addresses:

    CLERK
    U.S. DISTRICT COURT
    312 NORTH SPRING STREET
    LOS ANGELES, CALIF. 90012

There is delivery service by United States Mail at the so addressed,
and/or there is regular communication by mail between the place of
mailing and the place so addressed. I declare under penalty of perjury
that the foregoing is true and correct.

Dated: Jan. 22, 2009 , 2009

                           DECLARANT/PRISONER



**TERRY NAFISI**
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los
Angeles, CA  90012
Tel: (213) 894-3535

Tuesday, February 03, 2009

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**THAREL THOMAS II**
**CDC# H-42576**
**P.O. BOX 911**
**IMPERIAL, CA 92251**


Dear Sir/Madam:

Your petition has been filed and assigned civil case number      CV09- 820 DDP (CW)

Upon the submission of your petition, it was noted that the following discrepencies exist:

☐ 1. You did not pay the appropriate filing fee of $5.00.  Submit a cashier's check, certified bank
check, business or corporate check, government issued check, or money order drawn on a major
American bank or the United States Postal Service payable to 'Clerk U.S. District Court'.  If
you are unable to pay the entire filing fee at this time, you must sign and complete this
court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its
entirety.  The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover,
American Express) for filing fees and miscellaneous fees.  Credit card payments may be made at
all payment windows where receipts are issued.

☒ 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

☐ (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

☒ (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its
entirety.

☒ (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized
officer at the prison.

☐ (d) You did not use the correct form.  You must submit this court's current Declaration in
Support of Request to Proceed in Forma Pauperis.

☐ (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in
Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

                                        Sincerely,

                                        Clerk, U.S. District Court

                                              AGRAGERA

                                        By: _____

                                              Deputy Clerk


CV-111 (07/06)          **NOTICE re: DISCREPENCIES FOR FILING OF HABEAS CORPUS PETITION**



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive
and Clerk of Court

Tuesday, February 03, 2009

**THAREL THOMAS II**
**CDC# H-42576**
**P.O. BOX 911**
**IMPERIAL, CA 92251**

Dear Sir/Madam:

A ☒ Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number
CV09- 820 DDP (CW)

A ☐ Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case
number                     and also assigned the civil case number

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:

☐ District Court Judge _____

☒ Magistrate Judge    **Carla Woehrle**_____

at the following address:

☒  U.S. District Court          ☐ Ronald Reagan Federal          ☐  U.S. District Court
   312 N. Spring Street            Building and U.S. Courthouse         3470 Twelfth Street
   Civil Section, Room G-8         411 West Fourth St., Suite 1053      Room 134
   Los Angeles, CA  90012          Santa Ana, CA  92701-4516            Riverside, CA 92501
                                   (714) 338-4750

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your
address of record is returned undelivered by the Post Office, and if the Court and opposing counsel
are not notified in writing within fifteen (15) days thereafter of your current address, the Court may
dismiss the case with or without prejudice for want of prosecution.

                                        Very truly yours,

                                        Clerk, U.S. District Court

                                              AGRAGERA
                                        By: _____

                                              Deputy Clerk

CV-17 (01/01)          **LETTER re FILING H/C PETITION or 28/2255 MOTION**