UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAREL THOMAS, II, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL A. SMELOSKY (Warden), <br><br> Respondent. | No. CV 09-820-JST(CW) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

Accordingly, **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Respondent's second motion to dismiss (docket no. 26, filed June 15, 2010) be granted; and (3) that judgment be entered dismissing the petition, without prejudice, as wholly unexhausted.

**IT IS FURTHER ORDERED** that this order and the judgment herein be

1

served on the parties.

DATED: 2.24.2011

_____
JOSEPHINE STATON TUCKER
United States District Judge