UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAREL THOMAS, II,<br><br>  Petitioner,<br><br>  v.<br><br>MICHAEL A. SMELOSKY (Warden),<br><br>  Respondent. | No. CV 09-820-JST(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, without prejudice, as wholly unexhausted.

DATED: 2.24.2011

JOSEPHINE STATON TUCKER
United States District Judge